**Katherine M. PAYUR, Appellant,**

v.

**SYSTEMATIC BUSINESS SERVICES, INC.,**

and

**Division of Employment Security, Respondents.**

**No. WD 65135.**

Missouri Court of Appeals, Western District.

Oct. 18, 2005.

Katherine Payur, Kansas City, pro se.

Ninion Riley, Jefferson City, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PATRICIA A. BRECKENRIDGE, Judge, and PAUL M. SPINDEN, Judge.

### ORDER

Katherine M. Payur appeals the Labor and Industrial Relations Commission's de-

(Mo. banc 2002).

cision that she voluntarily left her job with her employer and was not eligible to receive unemployment compensation benefits immediately. We affirm. Rule 84.16(b).